IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE VIZCAINO,                              No. 2:05-cv-2644-MCE-KJM-PS

      Plaintiff,

  v.                                         <u>ORDER</u>

UNITED STATES DEPARTMENT
OF INTERIOR, UNITED STATES
DEPARTMENT OF INDIAN AFFAIRS,
and AMERICAN INDIAN TRIBAL
COURT,

      Defendants.
_____/

    Plaintiff, proceeding pro se, filed the above-entitled actions. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On May 2, 2006, the magistrate judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any Objections to the Findings and Recommendations were to be filed within ten (10) days.

///

1

1  Plaintiff has not filed Objections to the Findings and
2  Recommendations.
3       The Court has reviewed the file and finds the Findings and
4  Recommendations to be supported by the record and by the
5  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6  that:
7       1.  The Findings and Recommendations filed May 2, 2006, are
8  adopted in full; and
9       2.  This action is dismissed without prejudice.  <u>See</u> Local
10 Rule 11-110; Fed. R. Civ. P. 41(b).
11 DATED: June 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE